FILED
3/10/22
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:    YL
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>JOSE GOMEZ QUIROZ<br><br>Defendant | Case No: 4:22-CR-00104<br><br>**INDICTMENT**<br><br>COUNT 1: 18 U.S.C. §§ 922(a)(6) & 924(a)(2), False Statement During the Purchase of a Firearm,<br><br>COUNT 2: 18 U.S.C. §§ 922(n) & 924(a)(1)(D), Illegal Receipt of a Firearm by a Person Under Indictment, |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[18 U.S.C. §§ 922(a)(6) & 924(a)(2)]

On or about December 23, 2021, in the Western District of Texas, Defendant,

**JOSE GOMEZ QUIROZ,**

in connection with the acquisition of a firearm, to wit, an American Tactical Imports, model M1911, Semi Auto .22 caliber firearm, serial number A907700, from DBA-Morrison True Value, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to DBA-Morrison True Value, located at 301 North 5th Street, Alpine, Texas 79830, which statement was intended and likely to deceive DBA-Morrison True Value, as to a fact material to the lawfulness of such acquisition of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that on question 21(b) defendant indicated he was not

under indictment for a felony, when in fact he knew he was under two Pecos County Texas felony indictments, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT TWO
## [18 U.S.C. §§ 922(n) & 924(a)(1)(D)]

On or about December 30, 2021, in the Western District of Texas, Defendant,

**JOSE GOMEZ QUIROZ,**

who knowingly was under indictment for a crime punishable by imprisonment for a term exceeding one year, did willfully receive a firearm, that is, an American Tactical Imports, model M1911, Semi Auto .22 caliber firearm, serial number A907700, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(n) and 924(a)(1)(D).

## NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE
[*See* Fed. R. Crim. P. 32.2]

### I.
### Firearm Violations and Forfeiture Statutes
[Title 18 U.S.C. §§ 922(a)(6) and (n) & 924(a)(1)(D) and (a)(2), subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461]

As a result of the criminal violations set forth in Counts One and Two, the United States of America gives notice to Defendant **JOSE GOMEZ QUIROZ** of its intent to seek the forfeiture of certain properties upon conviction and pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461. Section 924(d)(1) states in pertinent part:

**Title 18 U.S.C. § 924. Penalties**

**(d)(l)** Any firearm or ammunition involved in or used in any knowing violation of . . . subsection . . . (g) . . . of section 922, ... or knowing violation of section 924, . . . shall be subject to seizure and forfeiture . . . under the provisions of this chapter. . . .

A TRUE BILL.

███████████████████

FOREPERSON OF THE GRAND JURY

ASHLEY C. HOFF
UNITED STATES ATTORNEY

BY: *David Dunnavha for*
_____
MATTHEW ELLIS
ASSISTANT UNITED STATES ATTORNEY