# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# PECOS DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    **v.**                                              No. 4:22-CR-00104-DC

**JOSE GOMEZ QUIROZ,**

    **Defendant.**

## ORDER

Before the Court is the Government's Motion for Extension of Time to respond to Defendant's Motion to Suppress. The Court, having considered the same, finds that said motion is meritorious.

IT IS THEREFORE ORDERED that Government's deadline to respond is hereby continued until _____ .

IT IS SO ORDERED.

SIGNED and ENTERED this the _____ day of _____, 2022.

 

_____
HONORABLE DAVID COUNTS
UNITED STATES DISTRICT JUDGE