UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | Case No.: P:22-CR-104-DC |
| | § § | |
| JOSE GOMEZ QUIROZ | § § | |

# ORDER

On this date came to be considered Defendant's Motion to Dismiss. After careful consideration, the Court finds and **ORDERS** that Defendant's Motion be in all things **DENIED**.

SIGNED this ___ day of _____, 2022

_____
HONORABLE DAVID COUNTS
UNITED STATES DISTRICT JUDGE