IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

FILED
JUN 23 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
　　　　　DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | P-22-CR-104 |
| JOSE GOMEZ QUIROZ,<br>　　Defendant. | § § § | |

## VERDICT FORM

Answer "not guilty" or "guilty."

**COUNT ONE**

We the Jury find that Defendant **JOSE GOMEZ QUIROZ** is ___GUILTY___
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Not Guilty/Guilty

of the offense charged in Count One of the Indictment.

**COUNT TWO**

We the Jury find that Defendant **JOSE GOMEZ QUIROZ** is ___GUILTY___
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Not Guilty/Guilty

of the offense charged in Count Two of the Indictment.

___June 23, 2022___
DATE

Original signed by jury foreperson
_____
*JURY FOREPERSON*