IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                 CRIM. NO. PE:22-CR-00104-DC

JOSE GOMEZ QUIROZ,

      Defendant.

## NOTICE OF APPEAL

Pursuant to 18 U.S.C. § 3731, the United States of America hereby gives notice that it appeals the district court's September 19, 2022, Order granting the Defendant's motion for reconsideration and dismissing indictment (Doc. No. 82) to the United States Court of Appeals for the Fifth Circuit.

                                            Respectfully submitted,

                                            ASHLEY C. HOFF
                                            UNITED STATES ATTORNEY

By:    */s/ Scott V. Greenbaum*
        Scott V. Greenbaum
        Assistant United States Attorney
        TBN: #24043703
        2500 North Hwy. 118, Suite A-200
        Alpine, TX 79830
        Office: 432-538-6100
        Fax: 432-837-7449
        Email: Scott.Greenbaum@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2022, I filed this document with the Clerk of the Court, using the CM/ECF filing system, which will cause a copy of the document to be delivered to counsel, Jack Meredith, for the defendant.

*/s/ Scott V. Greenbaum*
Scott V. Greenbaum
Assistant United States Attorney
