UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>    **Plaintiff**<br><br>    v.<br><br>**JOSE GOMEZ QUIROZ,**<br><br>    **Defendant** | **Case Number 4:22-CR-00104** |

## ORDER

Considering the Government's Motion for Detention Pending Appeal or to Stay Dismissal Pending Appeal, it is hereby GRANTED.

SIGNED on the _____ day of _____, 2022.

_____
HONORABLE DAVID COUNTS
UNITED STATES DISTRICT JUDGE